IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEROY KELLEY, #39302**                                                      **PETITIONER**

**VERSUS**                                      **CIVIL ACTION NO. 1:09CV304HSO-JMR**

**RONALD KING**                                                               **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [7] of Chief United States Magistrate Judge John M. Roper. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Petitioner's Petition for Writ of Habeas Corpus should be and hereby is dismissed.

**SO ORDERED AND ADJUDGED**, this the 19th day of January 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE